In the Matter of the Claim of SAMUEL L. STOUT, Respondent, against PRUDENTIAL INSURANCE COMPANY OF AMERICA et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued November 17, 1937; decided December 7, 1937.

*William B. Davis* and *E. C. Sherwood* for appellants.

*John J. Bennett, Jr., Attorney-General (Leon Freedman* of counsel), for State Industrial Board, respondent.

*Harry J. Engel* and *Abraham Engelman* for claimant, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.